UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WENDY DELANEY,

                Plaintiff,

    v.                                    3:10-CV-0253

THE RAYMOND CORPORATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

This matter brought pursuant to 42 U.S.C. § 2000*e et seq*. was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

No objections to the June 14, 2010 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES the Complaint for failure to Comply with Magistrate Judge Peebles' June 14, 2010 Report and Recommendation and failure to pay the statutory filing fee.

IT IS SO ORDERED.

Dated:   July 15, 2010

Thomas J. McAvoy
Senior, U.S. District Judge